IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11-CR-193-MOC |
| | ) | |
| v. | ) | <u>ORDER SEALING</u> |
| | ) | <u>MOTION FOR UPWARD</u> |
| | ) | <u>DEPARTURE OR VARIANCE</u> |
| MALCOLM XAVIER SPRINGS | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal" (Document No. 51) filed October 5, 2017 by the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, seeking an order directing that the Government's Notice of and Motion for Upward Departure or Variance in this matter be sealed.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal" (Document No. 51) is **GRANTED**, and the Motion for Upward Departure or Variance (Document No. 50) in this matter be **SEALED** and remain sealed until such time as the United States thereafter moves for the unsealing of same.

Signed: October 5, 2017

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.